# Exhibit B



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry   08/05/2019

    On June 11, 2019, SA Matt McElhiney obtained a PDF file from Facebook pursuant to a federal search warrant issued on May 22, 2019, containing account information for Facebook user ID 100013654273480.

    A review of the PDF file revealed that it contained 16,544 pages. Page 1 indicated that the account had been deleted on June 2, 2019; however, historical account information was provided as a result of previously executed preservation requests on the account.

    Pages 20 and 8194 indicated that the account was registered on October 4, 2016 and was active at the time the first preservation request was made on February 9, 2019 but was subsequently deactivated on April 15, 2019. The name on the account was listed as Streezt NW. The current city was listed as Seattle, Washington. The account identifier for the account was streezy.nw. The date range of the collection was January 1, 2010 to May 22, 2019. The account was associated with the cell phone number(s) 360-515-9690, which was verified on August 21, 2017 at 05:42:02 UTC, 360-559-1596, which was verified on December 27, 2018 at 01:25:11 UTC, and 360-932-2598. Status Updates contained multiple photos of Joseph Sam.

    Unified messages for the account included communications between the following Facebook users:

1. <u>Sharon Arellano</u> (100002219689261) - A string of messages discussing Sam's location following the the assault and robbery. During the conversation, Sam requests a ride from Arellano and details his location near an coffee shop and taco truck on the Tulalip reservation.

2. <u>Mariah Boudrieau</u> (100026598294104) - A string of messages following the assault and robbery discussing meeting up. During the conversation, Sam provides his current phone number and states that he still needs his share. Specifically, the messages included the following communications:

| Investigation on | 07/29/2019 | at | Everett, Washington, United States (In Person) |
|---|---|---|---|

File # 198L-SE-3062778      Date drafted 07/29/2019

by Matthew Christopher McElhiney

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

PELTIER_SAM_002827

FD-302a (Rev. 5-8-10)    Case 2:19-cr-00115-JCC  Document 49-2  Filed 03/06/20  Page 3 of 8

198L-SE-3062778

Continuation of FD-302 of  (U) Review of Facebook Search Warrant Return for User ID 100013654273480 (Joseph Sam) , On 07/29/2019 , Page 2 of 7

    Author  Mariah Boudrieau (100026598294104)
      Sent  2019-02-08 07:03:02 UTC
      Body  Hey we need to talk so I will ne commimg to you soon ill call you and we need to get together asap please

    Author  Streezy NW (100013654273480)
      Sent  2019-02-08 07:18:54 UTC
      Body  4259489141 YES ALSO NEED ME SHARES.....HEHEHE

    Author  Mariah Boudrieau (100026598294104)
      Sent  2019-02-08 07:48:24 UTC
 Call Record       Type  phone
                 Missed  true
               Duration  0

    Author  Streezy NW (100013654273480)
      Sent  2019-02-08 11:35:32 UTC
 Call Record       Type  phone
                 Missed  true
               Duration  0

    Author  Streezy NW (100013654273480)
      Sent  2019-02-08 11:35:47 UTC
      Body  WRU?

    Author  Mariah Boudrieau (100026598294104)
      Sent  2019-02-08 22:10:42 UTC
 Call Record       Type  phone
                 Missed  true
               Duration  0

    Author  Mariah Boudrieau (100026598294104)
      Sent  2019-02-08 22:13:00 UTC
 Call Record       Type  phone
                 Missed  true

198L-SE-3062778

Continuation of FD-302 of (U) Review of Facebook Search Warrant Return for User ID 100013654273480 (Joseph Sam) , On 07/29/2019 , Page 3 of 7

```
              Duration  0


      Author  Mariah Boudrieau (100026598294104)
        Sent  2019-02-08 22:13:08 UTC
Call Record             Type  phone
                      Missed  true
                    Duration  0


      Author  Mariah Boudrieau (100026598294104)
        Sent  2019-02-08 22:13:57 UTC
Call Record             Type  phone
                      Missed  true
                    Duration  0


      Author  Mariah Boudrieau (100026598294104)
        Sent  2019-02-08 22:14:12 UTC
Call Record             Type  phone
                      Missed  true
                    Duration  0


      Author  Mariah Boudrieau (100026598294104)
        Sent  2019-02-09 01:06:40 UTC
        Body  So call me asap please I need to talk to you
```

3. <u>Priscilla Zavala</u> (515490681) - A string of messages discussing narcotics trafficking and Sam's location following the assualt and robbery.

4. <u>C Jake Sullivan</u> (100001025210932) - A string of messages discussing narcotics trafficking as well as Sam's location around the time of the robbery, including Sam requesting a ride from Sullivan to a lick.

5. <u>Iaintuskia Seattle</u> (100001183491498) - A string of messages discussing an upcoming lick Sam has arranged and Iaintuskia Seattle's possible participation in the lick.

6. <u>Ashley Harrison</u> (100025119769128) - A string of messages including photos of Sam.

198L-SE-3062778

Continuation of FD-302 of  (U) Review of Facebook Search Warrant Return for User ID 100013654273480 (Joseph Sam) , On 07/29/2019 , Page 4 of 7

7. <u>Jackie Hafenscher</u> (100006913844831) - A string of messages discussing Sam's location on a reservation following the assault and robbery, including a request from Sam for a ride, statements about the cops looking for him, and his worries about getting caught.

8. <u>Joe Myers Jr.</u> (100029914783513) - A string of messages discussing the assault and robbery of the victim, including Myers stating that he saw Sam running through the neighborhood where the assault occurred and Sam confirming that was him running. Additionally, Myers discussed being interviewed by the police about Sam's involvement. Specifically, the messages included the following communications:

    Author  Joe Myers Jr. (100029914783513)
      Sent  2019-02-08 07:22:59 UTC
      Body  Bro wat the fuck did u do last night over at Dennis house I seen u running thru

    Author  Streezy NW (100013654273480)
      Sent  2019-02-08 07:24:29 UTC
      Body  Nothing! Trying to get my homegirl away from there...I thought I heard you.. but I couldn't get no one to help felt like

    Author  Joe Myers Jr. (100029914783513)
      Sent  2019-02-08 07:25:01 UTC
      Body  I was tryin but u kept running so I was like ok then

    Author  Streezy NW (100013654273480)
      Sent  2019-02-08 07:26:43 UTC
      Body  Where was you at?..i ran past that house you always chill at!...I had a feeling you was around there?

    Author  Joe Myers Jr. (100029914783513)
      Sent  2019-02-08 07:27:11 UTC
      Body  I was over by the basket ball court

198L-SE-3062778

Continuation of FD-302 of (U) Review of Facebook Search Warrant Return for User ID 100013654273480 (Joseph Sam) , On 07/29/2019 , Page 5 of 7

Author  Streezy NW (100013654273480)
  Sent  2019-02-09 23:15:44 UTC
  Body  Dam that was krazy...i kept thinking you was close by?....

Author  Joe Myers Jr. (100029914783513)
  Sent  2019-02-10 00:11:11 UTC
  Body  Kk lol

Author  Streezy NW (100013654273480)
  Sent  2019-02-10 00:31:20 UTC
  Body  Lol

Author  Joe Myers Jr. (100029914783513)
  Sent  2019-03-11 10:55:53 UTC
  Body  Wat up fam way u been up to what e r European been at u still a round tulalip I did I was gonna say let's kick it late today or Something u kno been awhile since we kicked it bro

Author  Streezy NW (100013654273480)
  Sent  2019-03-17 07:15:07 UTC
  Body  Shit

Author  Joe Myers Jr. (100029914783513)
  Sent  2019-04-15 04:42:00 UTC
  Body  Hey bro the cops out heong about u and about that shooting that happens out here they Kno u did it and want u hella bad bro just letting u Kno kk

Author  Streezy NW (100013654273480)
  Sent  2019-04-15 11:53:25 UTC
  Body  What you mean they know I did it? What exactly did they say? And who were they asking for?

Author  Joe Myers Jr. (100029914783513)

198L-SE-3062778

Continuation of FD-302 of  (U) Review of Facebook Search Warrant Return for User ID 100013654273480 (Joseph Sam) , On 07/29/2019 , Page 6 of 7

```
       Sent  2019-04-15 11:54:25 UTC
Call Record        Type  phone
                 Missed  true
               Duration  0


     Author  Streezy NW (100013654273480)
       Sent  2019-04-15 11:54:42 UTC
       Body  I can't talk.. Everyone is sleeping


     Author  Joe Myers Jr. (100029914783513)
       Sent  2019-04-15 11:55:28 UTC
       Body  Well I don't wanna sitchere and write all of it down so when u can
             call me here is my number kk b ████████ kk


     Author  Streezy NW (100013654273480)
       Sent  2019-04-15 11:55:57 UTC
       Body  Hold on I'll call u in 2 min


     Author  Streezy NW (100013654273480)
       Sent  2019-04-15 11:56:58 UTC
       Body  Kk
```

9. Jett Jones (100027566722562) - A string of messages discussing narcotics trafficking and Sam's location following the assault and robbery, as well as Sam requesting Jones "do damage control" because someone was "trying to snitch" oh him. Additionally, the messages include discussions about how the cops are looking for Strap but were not asking about Sam's real name.

10. Nina Wallace (100002213401509) - A string of messages discussing narcotics trafficking as well as Sam's location following the assault and robbery. The conversation also includes multiple messages where Wallace refers to Sam as Strap.

11. Tammy Bryar (100002835545964) - A string of messages which includes multiple messages where Bryar refers to Sam as Strap

FD-302a (Rev. 5-8-10)  Case 2:19-cr-00115-JCC Document 49-2 Filed 03/06/20 Page 8 of 8

198L-SE-3062778

Continuation of FD-302 of (U) Review of Facebook Search Warrant Return for User ID 100013654273480 (Joseph Sam) , On 07/29/2019 , Page 7 of 7

12. <u>Mary Aldcroft</u> (100028359401083) - A string of messages with Mary Aldcroft that do not include any communications for approximately two months between February and March 2019.

13. <u>Martin Perez</u> (100015811906791) - A string of messages discussing narcotics trafficking.

14. <u>Brooke James</u> (1909177955824238) - A string of messages during which Sam refers to himself as Strap.

15. <u>Makyla Avila</u> (100010926215799) - A string of messages during which Sam refers to himself as Strap.

16. <u>Lucky E. Morris</u> (1259162760) - A string of messages during which Sam refers to himself as Strap.

17. <u>Glenn Magner</u> (1750577522) - A string of messages discussing narcotics trafficking, Sam discussing his location following the assault and robbery, including a request not to disclose his location.

18. <u>Sarah Brady</u> (100029784708007) - A messages from Sam on February 16, 2019, in which he states "... I'M IN A DEPRESSED SLUMP I CAN'T SEEM TO SHAKE...I GOT MY TRUCK BACK BUT NOW I'M IN HOT WATER WITH TULALIP TRIBAL? LOOKING AT A LONG TIME IF THEY BOOK ME? (PLEASE KEEP THAT BETWEEN US!)..."

SA McElhiney assembled a new PDF file from the above referenced Facebook communications with non-relevant data either omitted or redacted. This reduced PDF has been attached as a digital 1A.