# EXHIBIT B

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: MJ19-220 | Date and time warrant executed: 5/22/19 @ 3:56 PM | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

STREEZY.NW

1934 PAGES OF ACCOUNT INFORMATION, INCLUDING PROFILE INFORMATION, CONNECTION LOGS, FRIENDS, POSTINGS AND MESSAGES BETWEEN 18 OTHER INDIVIDUAL ACCOUNTS.

[redacted]

251 PAGES OF ACCOUNT INFORMATION, INCLUDING PROFILE INFORMATION, CONNECTION LOGS, FRIENDS, POSTINGS AND MESSAGES BETWEEN 1 OTHER INDIVIDUAL ACCOUNT.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/5/19

_Executing officer's signature_

MATTHEW MCELHINEY, SPECIAL AGENT, FBI
_Printed name and title_

2019R00229

PELTIER_SAM_004769