THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR19-0115-JCC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| JOSEPH SAM, | |
| Defendant. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint motion to impose a briefing schedule for Defendant Joseph Sam's motion to suppress cell phone contents (Dkt. No. 76). The Court hereby GRANTS the motion and ORDERS as follows:

1. The Government must file its supplemental briefing by June 8, 2020;
2. Mr. Sam must file his response by June 19, 2020; and
3. The Government must file its reply by June 26, 2020.

DATED this 29th day of May 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
CR19-0115-JCC
PAGE - 1