THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH SAM,<br><br>　　　　　　　Defendant. | CASE NO. CR19-0115-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to impose an amended briefing schedule for Defendant Joseph Sam's motion to suppress cell phone contents (Dkt. No. 79). The Court herby GRANTS the motion and ORDERS as follows:

1. The Government must file its supplemental briefing by June 12, 2020;
2. Mr. Sam must file his response by June 23, 2020; and
3. The Government must file its reply by June 26, 2020.

DATED this 2nd day of June 2020.

　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　s/Tomas Hernandez
　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER
CR19-0115-JCC
PAGE - 1