- Letter To Chief Judge - Federal Detention Center

NAME: Joseph Earlystar Sam
Reg: 49498-086  Unit: D.C
P.O Box 13900
Seattle, WA 98198

DATE: MAY 23rd 2020

ATTN: CHIEF Judge of Western District

RE: JOSEPH EARLYSTAR SAM
A/K/A WILLIAM EARLYSTAR CLARK
CASE NO: CR19-115 JCC

FILED
LODGED
RECEIVED

MAIL

JUN 17 2020

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

ISSUE ON HAND: SPEEDY TRIAL RIGHTS
(U.S vs. Doggett, 906 F.2d 573)

DEAR CHIEF Judge:

MY NAME IS ~~JOSEPH EARLYSTAR SAM~~, MY CASE NO. IS CR19-115 JCC
Your Honor, I Am writing you or should I say praying to you for help. I Am trying to submit to you on the record and to the Court that my witnesses who will be giving testimony for me will ~~_____~~ After 90 days from today or Possible both will not be Able To give testimony on my Behalf. Due to PERSONAL REASONS.

Therefore, at this time, Your Honor, to Prevent Prejudice to my right to having a fair trial, I Am submitting this letter on the record under (U.S. vs. Marc G. Doggett, 906 F.2d 573.) Hopefully I will be taken to trial 60 days from this day 23rd of May 2020 with a 28 day cure period. Based on my witness availability that after 89 days from today I will be forced to move the Court for dismissal of my Case Based on prejudice to the defendant.

Submitted By: Joseph Earlystar Sam (PRO SE)
Signed: Joseph Earlystar Sam
DATE: MAY 23rd 2020
Witnessed BY: JORDAN STEVENS
Signed: Jordan Stevens

FEDERAL DETENTION CENTER
NAME: JOSEPH EARLY SHEARSON
REG: 44498-086   UNIT: DCC J9L
P.O. BOX 13900
SEATTLE, WA. 98198-1090

CHIEF Judge of Western District (Washington State)
700 Stewart Street
Seattle, WA
— 98101 —