THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR19-0115-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| JOSEPH SAM, | |
| Defendant. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Joseph Sam's motion to extend the deadline for his response to the Government's supplemental briefing (Dkt. No. 86). Mr. Sam filed a motion to suppress the evidence found during two alleged searches of his cell phone. (Dkt. No. 55.) The Court granted the motion in part and ordered the parties to file supplemental briefing. (Dkt. No. 73.) After the Government filed its supplemental briefing, the Court granted Mr. Sam's motion for appointment of new counsel. (Dkt. Nos. 83, 89.) Given that Mr. Sam recently received new counsel, the Court finds good cause to extend the deadline for Mr. Sam to file his response to the Government's supplemental briefing. The Court therefore GRANTS Mr. Sam's motion (Dkt. No. 86) and ORDERS as follows:

1. Mr. Sam must file his response by July 29, 2020;

MINUTE ORDER
CR19-0115-JCC
PAGE - 1

2. The Government must file its reply by August 3, 2020; and

3. The Clerk is DIRECTED to re-note Mr. Sam's motion to suppress (Dkt. No. 55) for the Court's consideration on August 3, 2020.

DATED this 3rd day of July 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
