THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH SAM,<br><br>　　　　　　Defendant. | CASE NO. CR19-0115-JCC<br><br>MINUTE ORDER |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On June 25, 2020, Mr. Sam received new counsel. (Dkt. No. 90.) To give Mr. Sam's new counsel more time to file a response to the Government's supplemental briefing regarding Mr. Sam's pending motion to suppress, the Court extended the deadline for Mr. Sam to file a response until July 29, 2020. (Dkt. No. 91 at 1.) Mr. Sam did not file a reply by the deadline or request more time to do so. The Court hereby ORDERS the parties to file a status report within 7 days of the date of this order regarding Mr. Sam's motion to suppress (Dkt. No. 55).

//

//

//

MINUTE ORDER
CR19-0115-JCC
PAGE - 1

1   DATED this 28th day of August 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk