The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR19-115-JCC |
| Plaintiff, | UNITED STATES' WITNESS LIST |
| v. | |
| JOSEPH SAM a/k/a WILLIAM EARLYSTAR CLARK, | |
| Defendant. | |

The United States of America, by and through Tessa M. Gorman, Acting United States Attorney for the Western District of Washington, and Rebecca S. Cohen and Cecilia Gregson, Assistant United States Attorneys for said District, respectfully submits the below list of witnesses it reserves the right to call to testify in its case in chief. The government reserves the right to supplement this list, and to call any witnesses listed by the defense on its witness list. In addition, the government reserves the right to call other witnesses to address issues and defenses raised by the defense at trial.

1. Derrick Caudill
2. Officer Jake O'Brien, Everett Police Department
3. Officer Mark Nelson, Tulalip Police Department
4. Dennis Peltier

U.S. Witness List
*United States v. Joseph Sam a/k/a William Earlystar Clark,* CR19-115-JCC - 1

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

5. Detective Sergeant Wayne Schakel, Tulalip Police Department
6. Bradley Peltier
7. Diana Peltier
8. Detective David Salee, Tulalip Police Department
9. Rodney Lee Barber
10. Jennifer Washington, Membership Services Manager, Upper Skagit Indian Tribe
11. Officer Eugene Shin, Montlake Terrace Police Department
12. Officer Joshua Warren, Tulalip Police Department
13. Special Agent Matt McElhiney, FBI
14. Navil Mandjuno
15. Marsha Stone Kranick
16. Joseph L. Myers, Jr.
17. Aaron Whittecar
18. Christopher Jake Sullivan
19. Tina Ervin
20. Teirasa Camacho
21. Sarah Brady
22. Deanna Shipley
23. Jett Jones
24. Nina Wallace
25. Sharon Arellano
26. Jacquelyn Hafenscher
27. Charles F. Sparks
28. Custodian of Records, Text Now
29. Custodian of Records, Frontier
30. Custodian of Records, Facebook, Inc.
31. Custodian of Records, T-Mobile U.S., Inc.

U.S. Witness List
*United States v. Joseph Sam a/k/a William Earlystar Clark,* CR19-115-JCC - 2

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

32. Custodian of Records, AT&T
33. Joshua James Meyers
34. Eliza Mary Aldcroft
35. Dr. Roy Hanaki, Providence Regional Medical Center, Everett
36. Christopher Wright, GIS Manager, Tulalip Data Services
37. Stephanie Barnett
38. Special Agent Terry Getsch, FBI
39. Special Agent Milas Howe, FBI

Dated this 24th day of May, 2021.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

*/s/ Rebecca S. Cohen*
REBECCA S. COHEN
CECILIA GREGSON
Assistant United States Attorneys
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-6526
Email: Rebecca.Cohen@usdoj.gov

U.S. Witness List
*United States v. Joseph Sam a/k/a William Earlystar Clark,* CR19-115-JCC - 3

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970