|   |   |
|---|---|
|   | District Judge Coughenour<br>Magistrate Judge Tscuhida |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>JOSEPH SAM,<br><br>          Defendant. | NO.  CR19-115JCC<br><br>APPLICATION FOR<br>WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM |
|---|---|

Comes now, the United States of America, by Tessa M. Gorman, Acting United States Attorney for the Western District of Washington, and Cecelia Gregson and Rebecca Cohen, Assistant United States Attorneys for said District, and represents and shows:

That there is now detained in the Washington Corrections Center for Women, at 9601 Bujacich Rd. NW, Gig Harbor, Washington, in the custody of the Superintendent, Warden, Sheriff or Jailor thereof, MARIAH J. BOUDRIEAU, WA State DOC Number 405701, DOB XX/XX/1977, WA State NCIC Number WA25866803, and it is necessary that MARIAH J. BOUDRIEAU be present at the United States Courthouse, 700 Stewart Street, Seattle, Washington, **on or before June 7, 2021 at 9:00 am** for **Testimony** in the

Application for Writ of Habeas Corpus
*United States v. Joseph Sam*, CR19-115JCC- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**trial of** *United States v. Joseph Sam*, and for all proceedings subsequent to the above-checked appearance.

WHEREFORE, your petitioner prays for an order directing the issuance of a Writ of Habeas Corpus ad Testificandum out of and under the seal of this Court, directed to said Superintendent, Warden, Sheriff or Jailor, commanding him or her to have and produce MARIAH J. BOUDRIEAU at said United States Courthouse at said time MARIAH J. BOUDRIEAU to be returned to you at the conclusion of the above-mentioned proceedings.

DATED this 24th day of May, 2021.

Respectfully submitted

TESSA M. GORMAN
Acting United States Attorney

*s/ Cecelia Gregson*
CECELIA GREGSON
REBECCA COHEN
Assistant United States Attorneys
United States Attorney's Office
700 Stewart, Suite 5220
Seattle, WA 98101-3903
Telephone:   206-553-4325
Email: Cecelia.Gregson@usdoj.gov

Application for Writ of Habeas Corpus
*United States v. Joseph Sam*, CR19-115JCC- 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970