THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JOSEPH SAM,<br><br>　　　　　　　Defendant. | CASE NO. CR19-0115-JCC-2<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Court directs Courthouse Security to allow the litigants in the above-captioned case to bring food and drink into the courthouse for the duration of the trial, which begins on Monday, June 7, 2021.

DATED this 1st day of June 2021.

　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　s/Paula McNabb
　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER
CR19-0115-JCC-2
PAGE - 1