The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH SAM,<br>  a/k/a WILLIAM EARLYSTAR CLARK,<br><br>Defendant. | NO. CR19-115-JCC<br><br>UNITED STATES' MOTION TO SEAL |

Comes now the United States of America, by and through Tessa M. Gorman, Acting United States Attorney for the Western District of Washington, Cecelia Gregson, Assistant United States Attorney for said District, files this Government's Motion to Seal. The government hereby requests that the supporting Exhibits A and B to the Government's Supplemental Motion re: First Responder Evidence in the above-captioned matter be and remain sealed because the video and document contain sensitive personal medical information. The public's right of access is outweighed by the interests of both the public and the parties in protecting the substance of this motion and order from public view.

//

//

United States' Motion to Seal - 1
*United States v. Joseph Sam,* CR19-115-JCC

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Dated this 2nd day of June, 2021.

    Respectfully submitted,

    TESSA M. GORMAN
    Acting United States Attorney

    */s/ Cecelia Gregson*
    CECELIA GREGSON
    Assistant United States Attorney
    700 Stewart Street, Suite 5220
    Seattle, Washington 98101
    Phone: 206-553-7970
    Email: Cecelia.Gregson@usdoj.gov

United States' Motion to Seal - 2
*United States v. Joseph Sam,* CR19-115-JCC

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970