The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, Plaintiff, v. JOSEPH SAM a/k/a WILLIAM EARLYSTAR CLARK, Defendant. | NO. CR19-115 JCC<br><br>STIPULATION OF FACTS RE: NAMES |
|---|---|

The United States of America, by Tessa M. Gorman, Acting United States Attorney for the Western District of Washington, and Cecelia Gregson and Rebecca S. Cohen, Assistant United States Attorney for said District, and Defendant, Joseph Sam, by and through his attorney of record, Stephan Illa ("the parties"), stipulate as follows:

Joseph Sam also goes by the name William Earlystar Clark.

//

//

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

So stipulated this 9th day of June, 2021

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

*s/ Cecelia Gregson*
CECELIA GREGSON
REBECCA S. COHEN
Assistant United States Attorneys
United States Attorney's Office
700 Stewart, Suite 5220
Seattle, WA 98101-3903
Telephone: 206-553-4325
E-mail: cecelia.gregson@usdoj.gov

*/s/ Stephan Illa*
STEPHAN ILLA
Attorney of Record for Defendant

STIPULATION OF FACTS RE: NAMES - 2
*United States v.Sam*, CR19-115 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970