THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEPH SAM,<br><br>    Defendant. | CASE NO. CR19-0115-JCC-2<br><br>ORDER |

The Court ORDERS that the jury be committed to the custody of a duly sworn bailiff and that the Clerk pay for the meals of the jurors at the expense of the United States Courts.

DATED this 10th day of June 2021.

*/s/ John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR19-0115-JCC-2
PAGE - 1