Can we get the picture of Victim on ground in front of house?