THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR19-0115-JCC-2 |
| Plaintiff, | MINUTE ORDER |
| v. | |
| JOSEPH SAM, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Court ORDERS the United States Probation and Pretrial Services Office to prepare a presentence investigation and report.

DATED this 21st day of June 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk